SAMUEL EISENBERG, Respondent, v. ADELDOR CONSTRUCTION Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PERCY W. DAVIDSON, Respondent, v. GRIMSHAW CONFECTIONERY Co., INC., and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FEDERAL NEON SALES CORPORATION, Respondent, v. FEDERAL NEON TUBE CORPORATION and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN, Respondent, for a Substitution of Attorney in the Place of BORRIS M. KOMAR, Appellant, His Attorney of Record in a Proceeding Entitled " Supreme Court, New York County, In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, and the Interests of its Policyholders, Creditors, Stockholders and the Public. (JAMES A. TILLMAN, Claimant.) "— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN, Respondent, for a Substitution of Attorney in the Place of BORRIS M. KOMAR, Appellant, His Attorney of Record in a Proceeding Entitled " Supreme Court, New York County, In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the SECOND RUSSIAN INSURANCE COMPANY, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. (JAMES A. TILLMAN, Claimant.) "— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES D. HAMEL and Others, Respondents, v. JOSEPH S. AUERBACH and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BOULEVARD WOODWORKING Co., INC., Appellant, v. BOULEVARD STORE FIXTURES, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY BENIS and Another, Respondents, v. NORTHERN BROADWAY REALTY ASSOCIATES and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BERTRAM A. UNGER, Appellant, v. FIRST NATIONAL SAVINGS BANK CORPORATION